**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10066 |
| Plaintiff - Appellee, | D.C. No. 2:05-cr-00425-KJD |
| v. | |
| LEROY MCCOY, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted October 9, 2012[**]

Before:     RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

Leroy McCoy appeals from the 24-month sentence imposed upon revocation

of supervised release.  We have jurisdiction under 28 U.S.C. § 1291, and we

affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

McCoy contends that the district court erred by failing to provide specific reasons for his above-Guidelines sentence, making it impossible to determine if the court relied on impermissible factors. The record belies this contention. The district court noted McCoy's history and background and concluded that he was not amenable to supervision based on his past violations. Nothing more was required. *See United States v. Leonard*, 483 F.3d 635, 637 (9th Cir. 2007).

**AFFIRMED.**